## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> Bernardo Carachure Hernandez <br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:26-mj-1474-DUTY <br><br> **ORDER OF TEMPORARY DETENTION** <br> **PENDING HEARING PURSUANT** <br> **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _March 19_____, _2026_____, at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _Stephanie S. Christensen, U.S. Magistrate Judge_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _13  March  2026_

_____
U.S. District Judge/Magistrate Judge